```
LARRY PALMER
1200 PENTON STREET
HATTIESBURG, MS 39401


JOHN H. ANDERSON
JOHN H. ANDERSON
713 ARLEDGE STREET
HATTIESBURG, MS 39401


HOPE ENTERPRISE CORP.
 CHARITY BRIDGWATER
RCO LEGAL
ATLANTA, GA 30329


HOPE ENTERPRISE CORP.
RCO LEGAL 2970
CLAIRMONT RD  STE. 780
ATLANTA, GA 30329


MARY PALMER
1200 PENTON STREET
HATTIESBURG, MS 39401
```